UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALBERTO APRICIO GIRON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION CENTER, *et al*.,<br><br>Respondents. | Case No.  1:26-cv-03891  (VC)<br><br>**ORDER RE MOTION TO FILE AMENDED PETITION AND MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 3, 14 |

The Court GRANTS Petitioner's Motion for leave to File an Amended Petition for Writ of Habeas Corpus pursuant to Fed. R. Civ. P. 15(a)(1)(A). The Clerk of the Court is directed to update the docket with the Amended Petition.

The Court's May 21, 2026 Order prohibiting Respondents from transferring Petitioner out of the Eastern District of California will remain in effect while the Amended Petition is pending. As such, Petitioner's motion for a temporary is denied as moot. *See* Dkt. No. 15.

Respondents shall file a response to the Petition by June 10, 2026. Petitioner may file a reply by June 15, 2026.

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____

VINCE CHHABRIA
United States District Judge